NS/md

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 19-20450-CR-SCOLA

**UNITED STATES OF AMERICA,**

vs.

**ALEX NAIN SAAB MORAN, and**
**AVARO PULIDO VARGAS,**

       **Defendants.**
_____/

**NOTICE OF APPEARANCE**

The United States of America hereby gives notice that Assistant United States Attorney Nalina Sombuntham has been assigned responsibility of matters related to criminal forfeiture in the above-captioned case.

                                      Respectfully submitted,

                                      ARIANA FAJARDO ORSHAN
                                      UNITED STATES ATTORNEY

By:    s/ Nalina Sombuntham
          Nalina Sombuntham
          Assistant United States Attorney
          Fla. Bar No. 96139
          99 N.E. 4th Street, 7th Floor
          Miami, Florida   33132-2111
          Telephone:  (305) 961-9224
          Facsimile:   (305) 536-7599
          nalina.sombuntham2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on August 7, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using CM/ECF.

s/ Nalina Sombuntham
Nalina Sombuntham
Assistant United States Attorney
