United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, <br> Plaintiff <br><br> v. <br><br> Alex Nain Saab Moran, and <br> Alvaro Pulido Vargas, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Criminal Case No. 19-20450-CR-Scola <br> ) <br> ) <br> ) <br> ) |

### Order Transferring Case to Fugitive Status

This matter is before the Court *sua sponte.* On July 25, 2019, an indictment was randomly assigned to the undersigned. Since the defendants have not made an initial appearance, they are transferred to fugitive status.

**Done and Ordered** at Miami, Florida on August 26, 2019.

Robert N. Scola, Jr.
United States District Judge

cc: counsel of record