**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-CR-20450-SCOLA**

**UNITED STATES OF AMERICA**

**vs.**

**ALEX NAIN SAAB MORAN, and**
**ALVARO PULIDO VARGAS,**

       **Defendants.**

_____/

## UNITED STATES' NOTICE OF APPEARANCE

      Undersigned counsel hereby files this Notice of Appearance as co-counsel for the United States of America in this case.  Please send all notices and inquiries concerning this matter to the undersigned counsel at the address listed below.

                  Respectfully submitted,

                  JOSEPH S. BEEMSTERBOER
                  ACTING CHIEF
                  Criminal Division, Fraud Section

By:     /s/ *Jeremy R. Sanders*
             Jeremy R. Sanders
             Florida Special Bar No. A5502214
             Appellate Counsel
             Criminal Division, Fraud Section
             United States Department of Justice
             1400 New York Ave., NW
             Washington, DC  20005
             Tel: (202) 616-2650
             Email: jeremy.sanders@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 5, 2022, the undersigned electronically filed the foregoing document, United States' Notice of Appearance, with the Clerk of the Court using CM/ECF.

/s/ Jeremy R. Sanders
Jeremy R. Sanders
Appellate Counsel
Criminal Division, Fraud Section
United States Department of Justice