**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff*,<br><br>v.<br><br>ALEX NAIN SAAB MORAN et al,<br>  *Defendants*. | Case No. 1:19-cr-20450-RNS |

### Order Granting Motion to Withdraw as Counsel

THIS CAUSE came before the Court on the Motion to Withdraw as Counsel (hereafter, the "Motion" (ECF No. 217)) submitted by Michael B. Nadler of Stumphauzer Kolaya Nadler & Sloman, PLLC, and who was formerly an Assistant United States Attorney who represented the United States of America in this case.

ORDERED AND ADJUDGED that the Motion is GRANTED. The United States of America will proceed with their current representation (*i.e.*, the United States Attorney's Office).

DONE AND ORDERED this 16 day of May 2023 in Chambers, at Miami, Florida.

                     _____
                     Judge Robert N. Scola, Jr.
                     U.S. District Court Judge