**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. **19-20450-CR-SCOLA**

**UNITED STATES OF AMERICA,**

vs.

**ALEX NAIN SAAB MORAN, and**
**ALVARO PULIDO VARGAS,**
    a/k/a "German Enrique Rubio Salas,"

        **Defendants.**

_____/

**NOTICE OF REASSIGNMENT**

Undersigned counsel hereby files this Notice of Reassignment as counsel of record for the United States of America in this cause. The prior counsel for the United States, AUSA Kurt Lunkenheimer, is no longer counsel of record for the United States in this matter.

        Respectfully submitted,

        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

By:   /s/ Sean T. McLaughlin
      SEAN T. McLAUGHLIN
      Assistant United States Attorney
      Court ID No. A5501121
      11200 NW 20th Street, Suite 101
      Miami, Florida 33172
      Tel: (305) 715-7642
      (305) 715-7639 (fax)
      Email: Sean.McLaughlin@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 20, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF

                                        /s/ Sean T. McLaughlin
                                        SEAN T. McLAUGHLIN
                                        United States Attorney