**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALVARO PULIDO VARGAS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>19-CR-20450-RAR |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Andrew S. Feldman, Esq., of Feldman Firm PLLC, hereby enters his appearance as counsel for Defendant ALVARO PULIDO VARGAS in the above-captioned matter, Case No. 19-CR-20450-RAR Counsel's appearance does not include any appellate representation. Please send all pleadings, correspondence, and documents to the undersigned.

Respectfully submitted,

*<u>/s/ Andrew S. Feldman</u>*
Andrew S. Feldman, Esq.
Florida Bar No. 60325
FELDMAN FIRM PLLC
2 S. Biscayne Blvd, Suite 2530
Miami, Florida 33131
Direct: 305.714.9474
Email: afeldman@feldmanpllc.com
*Counsel for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that the Notice was filed via CM/ECF on all counsel of record.

*<u>/s/ Andrew S. Feldman</u>*
Andrew S. Feldman, Esq.